

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00538-CV

William Alec **TISDALL**, M.D. and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

On December 31, 2019, Amy Hinds filed a request for an additional ten days to file the reporter's record. We grant the request and order Amy Hinds to file the reporter's record by **January 10, 2020**. No further extensions of time will be granted. If the record is not filed as ordered, Hinds will be required to show cause before this court why she should not be held in contempt.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.



Michael A. Cruz,
Clerk of Court